**FILED & ENTERED**

APR 27 2010

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY chackel    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

In re:

    TOMAS I SANCHEZ,

              Debtor.

Case No.  9:10-bk-11603-RR

Chapter 13

**ORDER EXTENDING TIME**

After review of the Motion to Extend Time filed by the debtor TOMAS I SANCHEZ,

    IT IS HEREBY ORDERED THAT

An extension of time is hereby granted until April 27, 2010, for the debtor to file Schedules and all documents as required to complete a filing of this case.

**# # #**

DATED: April 27, 2010

_Robin Riblet_
United States Bankruptcy Judge

Order Extending Time  -  1

**NOTE TO USERS OF THIS FORM**
1) Attach this form to the last page of a proposed order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I. below:** The United States Trustee and case trustee (if any) will always be in this category.
4) **Category II. below:** List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) **ORDER EXTENDING TIME** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be service in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- **David A St John**                              dsj@law-pro.net
- **United States Trustee (ND)**                   ustpregion16.nd.ecf@usdoj.gov
- **Elizabeth F. Rojas, Chapter 13 Trustee (ND)**  cacb_ecf_nd@ch13wla.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true and correct copy of this judgment or order was sent by U. S. Mail to the following person(s) or entity(ies) at the address(es) indicated below.

**X** Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission, or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below.

☐ Service information continued on attached page

Order Extending Time  -  2

**SERVICE LIST FOR ENTERED ORDER**

Tomas I Sanchez
647 South D Street
Oxnard, CA 93030-7022

David A. St. John
Law Offices of David A. St. John
309 S A St
Oxnard CA 93030-5804

UNITED STATES TRUSTEE - ND
21051 Warner Center Ln Ste 115
Woodland Hills CA 91367-6550

Elizabeth (ND) F. Rojas, Chapter 13 Trustee
15060 Ventura Blvd., Suite 240
Sherman Oaks CA 91403-2436